■ ROBERT GREENBERG et al., Respondents, v BOARD OF MANAGERS OF PARKRIDGE CONDOMINIUMS, Appellant. [742 NYS2d 560] —In an action, inter alia, for injunctive relief, the defendant appeals from a judgment of the Supreme Court, Queens County (Leviss, J.H.O.), dated September 1, 2000, which, after a nonjury trial, is in favor of the plaintiffs and against it, among other things, enjoining it from prohibiting the plaintiffs from erecting a Succah on the balcony of their condominium unit.

Ordered that the judgment is affirmed, with costs.

The Supreme Court properly granted the plaintiffs' request for a permanent injunction, since the condominium's governing board acted outside the scope of its authority in prohibiting them from erecting a Succah on the balcony of their condominium unit (*see Matter of Levandusky v One Fifth Ave. Apt. Corp.,* 75 NY2d 530).

The defendant's remaining contentions are without merit. Santucci, J.P., Florio, O'Brien and Schmidt, JJ., concur.